

INTERNATIONAL S.A.
80, BROAD STREET, MONROVIA - LIBERIA

# BUNKER INVOICE

**SOLD TO** MASTER AND OWNERS
            M/V   CHARANA NAREE

**AND**   O.W. BUNKER SPAIN S.L.

     25, PRINCESA STREET,
     3RD FLOOR, OFFICE 4,
     28008 MADRID
     SPAIN

| | |
|---|---|
| **INVOICE DATE** | 30/10/2014 |
| **INVOICE NUMBER** | GBR-140888 |
| **CUSTOMER NUMBER** | |

**PORT** GIBRALTAR             **DELIVERY DATE**    29/10/2014

**SUPPLIER**    As per attached delivery receipt(s)

| PRODUCT GRADE / Description | QUANTITY(M.T./BBLS) | UNIT PRICE (M.T.) BBLS | AMOUNT |
|---|---|---|---|
| RMG 380 | 149,787 MT | USD     494,00/MT | USD     73.994,78 |
| RMG 380 1.0% | 249,988 MT | USD     506,00/MT | USD    126.493,93 |

**OTHER CHARGES (Lumpsum)**

| | | |
|---|---|---|
| | **TOTAL** | **USD**    **200.488,71** |

PAYMENT TERMS: WITHIN   5 DAYS FROM DATE OF DELIVERY    —    DUE DATE: 03/11/2014

PAYMENT TO BE EFFECTED BY TELEX TRANSFER "PAYMENT IN FULL" AS FOLLOWS:

```
BENEFICIARY    : MACOIL INTERNATIONAL S.A.
BANK           : THE ROYAL BANK OF SCOTLAND, SHIPPING BUSINESS CENTRE,
                 1 PRINCES STREET, LONDON EC2R 8PB - U. K .
IBAN NO        : GB32 RBOS 1663 0000 1375 73
SWIFT CODE     : RBOSGB2L
```

## CHEQUES UNACCEPTABLE

The sale and delivery of the petroleum products described above is subject to the Terms & Conditions
contained on the reverse side of this invoice.
The acceptance of the petroleum products by Vessel named above shall be deemed to constitute
acceptance and approval of said Terms & Conditions

**PLEASE RESPOND TO OUR CORRESPONDENCE ADDRESS BELOW :**

BRANCH Office:
MACOIL INTERNATIONAL S.A., 103, Kallirrois Street, 176 71 Athens, Greece
Tel.: +(30) 210 9249175-78, Fax: +(30) 210 9249170, E-mail Address: info@macoil.com.gr

E.&O.E.

<span style="color:red">**Exhibit A**</span>