# See Exhibit "A"

Addendum to Electronic Scheduling Order