# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ING BANK N.V., | § | CIVIL ACTION NO. 16-cv-01003 |
| | § | |
| v. | § | JUDGE |
| | § | |
| M/V CHARANA NAREE, IMO No. 9296303, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem* | § § § | MAGISTRATE JUDGE KAY |
| | § | ADMIRALTY |

# O R D E R

UPON CONSIDERATION of the foregoing Joint Motion to Continue the Trial, Pre-Trial Conference, and Related Deadlines, and finding it well founded under the circumstances;

IT IS HEREBY ORDERED that the motion is GRANTED.

IF IS FURTHER ORDERED that this Court will conduct a Telephone Scheduling Conference on the 14th day of February, 2019, at 10:00 a.m. for the purpose of selecting new dates for the trial, pre-trial conference and related deadlines.

Lake Charles, Louisiana, this 15th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

{N1583533 -}