

# VEMAOIL

**Bunker Delivery Receipt**

Ref no: S/0862
Form: VM-022
ORIGINAL

| | | |
|---|---|---|
| **Received by** | Vessel: CHARANA NAREE | Date: 29.10.2014 |
| | Flag: THAILAND | Port: GIBRALTAR |
| | IMO: 9296303 | Nomination: |
| | Owner: | On account: MACOIL |
| **Delivered by** | Barge: VEMAOIL XX | Agent: BLAND |
| | Shore Terminal: | Surveyed by Name: Rank: |
| | Other: | Supply location: |

## PRODUCT SPECIFICATIONS

| | GO/DO | FUEL OIL LS | IFO HS | |
|---|---|---|---|---|
| Density (Vac) @ 15 °C | | 0,9903 | 0,9905 | Kg/m³ |
| Viscosity @ 50 °C | | 380 | 380 | cSt |
| Flash Point °C | | 81 | 63,5 | °C |
| Carbon content | | 15,04 | 16,80 | % m/m |
| Water | | 0,1 | 0,2 | % v/v |
| Sulphur  * see note | | 0,90 | 2,60 | % m/m |
| Ash | | 0,027 | 0,04 | % m/m |
| Asphaltenes | | 5,8 | 6,8 | % m/m |
| H2S | | <10PPM | <10PPM | % m/m |

## DELIVERY DETAILS

| | Time | Date |
|---|---|---|
| Vessel anchored | 02:06 | 29.10.2014 |
| Barge along side | 02:45 | —"— |
| Hoses conected | 03:45 | —"— |
| Commence pumping | 06:45 | —"— |
| Pumping completed | 10:30 | —"— |
| Hoses disconected | 11:45 | —"— |
| Barge cast-off | 12:10 | —"— |

| PRODUCT DESCRIPTION | GROSS | °C | V.C.F. | Brls @ 15°C | CM³ @ 15°C | M. Tonnes |
|---|---|---|---|---|---|---|
| IFO 380 cSt  LS | 255,683 | 32 | 0,9884 | — | 252,717 | 249,988 |
| IFO 180 cSt | | | | | | |
| Other IFO 380 cSt HS | 153,807 | 38 | 0,9843 | — | 151,390 | 149,787 |
| MGO | | | | | | |
| GO | | | | | | |
| MDO | | | | | | |
| Other Distillate | | | | | | |

Retained sample(s) of this delivery passed to Ch / Eng   YES [X]   NO [ ]

### SEAL NUMBERS

| | |
|---|---|
| Vessel | LSFO MARPOL - 151166, 151168 |
| Vessel | HSFO MARPOL - 151170, 151172 |
| Vessel | |
| Barge | LSFO MARPOL - 151167, 151169 |
| Barge | HSFO MARPOL - 151171, 151173 |
| Barge | |

**IMPORTANT NOTICE**

THE GOODS AND/OR SERVICES BEING HEREBY ACKNOWLEDGED, RECEIPTED FOR, AND/OR ORDERED ARE BEING ACCEPTED AND/OR ORDERED SOLELY FOR THE ACCOUNT OF THE CHARTERERS OF THE M.V. CHARANA NAREE AND NOT FOR THE ACCOUNT OF SAID VESSEL OR HER OWNERS.

FOR OFFICE USE ONLY

THE DELIVERED QUANTITIES WERE CALCULATED ON THE BASIS OF MEASUREMENTS ON THE SUPPLIERS TANKS OR METERS, TAKEN BEFORE AND AFTER THE DELIVERY. WILL BE CONTROLLING. THEY WILL NOT BE ADJUSTED BASED ON ULLAGES / SOUNDINGS OF THE RECEIVING VESSEL TANKS
* Note: Conforms with Reg 14(1) & 18(1) of Annex VI-MARPOL 73 / 78   Note: Conforms with Marpol Annex I (Cargo & Marine Fuel Oils). Solas Reg. VI/5-1
MSDS PRESENTED TO RECEIVING VESSEL   ARISES FROM
DELIVERED (by Barge / Shore)   RECEIVED by Chief / Engineer   CHIEF ENGINEER
                                                                M.V. CHARANA NAREE
Barge Master (signature & stamp)   The MASTER   (signature & stamp)

## VEMAOIL COMPANY LIMITED
Suite 2 Commercial Unit No 30, Ragged Staff Wharf, Queensway Quay - Gibraltar
Tel.: +350 40984 (3 lines), Fax: +350 74240, Tlx: 2335 Vemaoil GB, E-mail: vemaoil@gibnet.gi

EXHIBIT A

**Kevin LaVie (1211)**

| | |
|---|---|
| **From:** | PSL - Post Fixture <postfix@preciousshipping.com> |
| **Sent:** | Tuesday, June 17, 2003 4:10 AM |
| **To:** | Risk Management Team |
| **Subject:** | FW: 14520 - Bunker Marine World - APISARE NAREE, overdue balance |
| **Importance:** | High |

Mortensen[SMTP:claus.erik.mortensen@owbunker.dk]
e 2003 15:52
.@faymon.com.au
3unker - Per Christiansen (E-mail); PSL; OWB.Singapore
RE: 14520 - Bunker Marine World - APISARE NAREE, overdue balance
High

We acknowledge receipt of your reply and request as below.
Although our Singapore on previous occasions have had the same story from you we are willing to grant you another 48 hours, which however are the absolute final deadline. WEith the extra days interest the balance by 19.06.2003 will be **USD 60.311,46** - and you should immediately now by return mail confirm that this balance is accepted and will be settled by you, and nothing less.
Besides awaiting this confirmation immediately, we also request your transfer confirmation without having to remind you on 19.06.2003 noon your local time.
The arrest order has been placed on hold/standby, awaiting same from you.

Regards
Claus E Mortensen



EXHIBIT B

# Kevin LaVie (1211)

**From:** PSL <psl@preciousshipping.com>
**Sent:** Wednesday, June 18, 2003 3:57 AM
**To:** 'claus.erik.mortensen@owbunker.dk'
**Subject:** APISARA NAREE

Ref: RMT-330 / 18 June 2003

For: Mr. Claus E Mortensen, Manager Legal Dept., OW Bunker Group
From: Precious Shipping PCL, Bangkok

Re: APISARA NAREE

Dear Mr Mortensen,

We understand from recent correspondence that PSS/Faymon Shipping still owe you a substantial sum of money in respect of bunkers supplied to them and delivered onto the 'Apisara Naree' at Durban on 13th April 2003. We further understand that they have undertaken to settle this outstanding debt in the near future, but that you have reserved the right to take various steps, including arresting the 'Apisara Naree', if the debt is not settled promptly.

Kindly note that any action to arrest or otherwise detain the 'Apisara Naree' would be vigorously opposed. The vessel was redelivered to Owners on 19th May, and Owners have no ongoing relationship with PSS/Faymon Shipping. Furthermore, the "Disclaimer" signed by Sapref on 13th April 2003, in their capacity as representative of physical suppliers of the bunkers, expressly states that any type of supply or services furnished to PSS Shipping Pty Ltd is so furnished upon their credit, and "*not on the credit of the vessel or her owners*". We reserve the right to bring this document, and such others as may be necessary, to the attention of the relevant court(s) in the event of an attempt being made to arrest the 'Apisara Naree'.

Notwithstanding the above, we sincerely hope that you can resolve your dispute with PSS/Faymon directly, and without involving the innocent and blameless Owners of the 'Apisara Naree'.

Regards,

N. Vasudevan
Assistant Vice President
Risk Management Team



-----Original Message-----
From: PSL - Post Fixture [mailto:postfix@preciousshipping.com]
Sent: Tuesday, June 14, 2005 4:13 PM
To: 'O. W. Bunker Far East - Kristian Nielsen'
Subject: Our meeting 02 Jun 05

1

14 JUN 05

To: O.W. BUNKER FAR EAST PTE LTD, SPORE
Attn: Mr. Kristian Nielsen

Many thanks your email and the interest in reviving the business relations. Our company has agreed to reinstate O.W. BUNKERS as one of the bunker suppliers for PSL vessels on the explicit understanding that O.W. Bunkers will not approach PSL and/or arrest or cause to be arrested any vessel owned/operated by PSL for claims relating to bunkers supplied to PSL vessels on orders placed by the said vessels' time-charterers and/or anyone other than PSL.

Please confirm your understanding and agreement to the above.

Kind regards

PRAVIN NAIK
PRECIOUS SHIPPING PCL
TEL: +66 2 633 8466 FAX: +66 2 633 8460 OR 633 8464
MOB: +66 1 632 0135 RES: +66 2 261 7249
EMAIL: POSTFIX@PRECIOUSSHIPPING.COM



**Kevin LaVie (1211)**

**From:** PSL - Post Fixture <postfix@preciousshipping.com>
**Sent:** Tuesday, June 14, 2005 3:38 AM
**To:** N. Vasudevan
**Subject:** FW: Our meeting 02 Jun 05

VASU / PN

TRUST THIS IS IN ORDER

KIND RGDS


-----Original Message-----
From: OW Bunker Far East - Kristian [mailto:owbsin@owbunker.com.sg]
Sent: Tuesday, June 14, 2005 3:23 PM
To: PSL - Post Fixture
Subject: RE: Our meeting 02 Jun 05


Dear Mr. Naik

I hereby confirm your wording as per below an we hereby acknowledge that this will the basis for any business transaction between the parties.

Yours sincerely

Kristian Nielsen

O.W. Bunker Far East Pte Ltd
600 North Bridge Road
#14-02/03, Parkview Square
SG-188778, Singapore
Main no. +65 639 812 50
Dir. line +65 639 813 06
Mobil no. +65 966 360 06
Fax +65 639 812 70
General email: owbsin@owbunker.com.sg
Personal email: kristian@owbunker.com.sg  Yahoo messenger: knsquee


-----Original Message-----
From: PSL - Post Fixture [mailto:postfix@preciousshipping.com]
Sent: Tuesday, June 14, 2005 4:13 PM
To: 'O. W. Bunker Far East - Kristian Nielsen'
Subject: Our meeting 02 Jun 05


EXHIBIT E

1

14 JUN 05

To: O.W. BUNKER FAR EAST PTE LTD, SPORE
Attn: Mr. Kristian Nielsen
Many thanks your email and the interest in reviving the business relations. Our company has agreed to reinstate O.W. BUNKERS as one of the bunker suppliers for PSL vessels on the explicit understanding that O.W. Bunkers will not approach PSL and/or arrest or cause to be arrested any vessel owned/operated by PSL for claims relating to bunkers supplied to PSL vessels on orders placed by the said vessels' time-charterers and/or anyone other than PSL.

Please confirm your understanding and agreement to the above.

Kind regards

PRAVIN NAIK
PRECIOUS SHIPPING PCL
TEL: +66 2 633 8466 FAX: +66 2 633 8460 OR 633 8464
MOB: +66 1 632 0135 RES: +66 2 261 7249
EMAIL: POSTFIX@PRECIOUSSHIPPING.COM

Brgds,
Patrick Wong


-----Original Message-----
**From:** Claus Mortensen [mailto:claus.erik.mortensen@owbunker.dk]
**Sent:** Monday, 16 June 2003 8:52 PM
**To:** faymon@faymon.com.au
**Cc:** OWB.Singapore; Per Christiansen Far East OWB
**Subject:** 14520 - Bunker Marine World - APISARE NAREE, overdue balance
**Importance:** High


Att: Mr Patrick Wong
---------------------------------

Dear Mr Wong,
From our Singapore office your file has been passed to this department for further action.
It appears that in spite of numerous reminders you obviously fail to comply with your contractual obligations, reminding you aswell that Faymon Shipping have executed a general payment confirmation on behalf of the stated company.
Including interest and administrational charges upto 17.06.2003 the overdue balance amounts

USD 60,232.92,

and we must insist in receiving a telefax confirmation before 14.00 hours your local time 17.06.2003 that this balance has been transferred irrevocably. A fax confirmation directly from your bankers would be preferred.
Confirmation to be faxed to this department, fax number +45 - 98 137201.

Should you for some reason fail to comply with this ultimatum you may consider this as last notice prior taking necessary legal steps in order to secure our balance (arrest, etc), and furthermore we in such cases, as per standards, immediately report incidents to BIMCO, IBIA and The Dynamar Blacklist or Charterers.

We expect to have your fax, respectively the fax from your bankers, before deadline 14.00 local time Sydney 17.06.2003.


Best regards
OWB GROUP WORLDWIDE
Claus E Mortensen
Manager
Legal Department

Direct Fax 0045 - 98 137201


EXHIBIT F

2

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| ING BANK N.V., | CIVIL ACTION |
|---|---|
| v. | NUMBER: 2:16-cv-01003 |
| M/V CHARANA NAREE, IMO No. 9296303, her engines, tackle, equipment, furniture, appurtenances, etc., in rem | JUDGE CAIN |
| | MAGISTRATE JUDGE KAY |
| | ADMIRALTY |

## DECLARATION OF VASUDEVAN NEELAKANTAN

My name is Vasudevan Neelakantan. I am the vice president of the risk management team for Precious Shipping Ltd. ("PSL"), a related company of Precious Ventures Ltd ("PVL"), the owner of the M/V CHARANA NAREE. I make the following declaration in support of the Motion for Summary Judgment filed on behalf of PVL:

1. The bunkers or fuel oil involved in this litigation were ordered by Copenship Bulkers A/S ("Copenship"), the time charterer of the vessel at the time in question.

2. Copenship has no relationship with PSL or PVL other than the arm's-length time charter agreement that was in effect at the time the bunkers in question were ordered by Copenship.

3. The time charter in question contained a "no lien" clause precluding the time charterer from validly creating liens against the vessel.

4. PSL and PVL had no involvement whatsoever in ordering the bunkers in question.

5. Neither PSL nor PVL agreed to the terms and conditions of the Copenship-OW Bunker sales agreement.

6. OW Bunker group, in order to renew business with PSL and related companies such as PVL, agreed before the bunkers in question where supplied that it would not arrest PSL vessels for bunkers ordered by charterers such as Copenship.

EXHIBIT G

- 1 -

PD.27886458.1

7. Negotiations for the above agreement were conducted with several individuals, including Claus E. Mortensen, manager of the legal department of OW Bunker group.

8. The emails attached to the memorandum in support of motion for summary judgment being filed on behalf of PVL are true and correct copies of the emails exchanged with OW Bunker group regarding their agreement to refrain from arresting PSL/PVL vessels for bunkers ordered by charterers such as those involved in this case.

9. OW Bunker/ING bank made no demand for payment for the bunkers in question until after Copenship filed for bankruptcy protection in February 2015. This severely limited the ability of PSL/PVL to obtain security or otherwise secure payment from Copenship.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is correct. Executed on this 27th day of January 2020.

_____
Signature