

**MACOIL INTERNATIONAL S.A.**
80, BROAD STREET, MONROVIA - LIBERIA

## BUNKER INVOICE

| | |
|---|---|
| SOLD TO | MASTER AND OWNERS M/V CHARANA NAREE |
| AND | O.W. BUNKER SPAIN S.L. 25, PRINCESA STREET, 3RD FLOOR, OFFICE 4, 28008 MADRID SPAIN |

| | |
|---|---|
| INVOICE DATE | 30/10/2014 |
| INVOICE NUMBER | GBR-140888 |
| CUSTOMER NUMBER | |

**PORT** GIBRALTAR

**DELIVERY DATE** 29/10/2014

**SUPPLIER** As per attached delivery receipt(s)

| PRODUCT GRADE / Description | QUANTITY (M.T./BBLS) | UNIT PRICE (M.T.) BBLS | AMOUNT |
|---|---|---|---|
| RMG 380 | 149,787 MT | USD 494,00/MT | USD 73.994,78 |
| RMG 380 1.0% | 249,988 MT | USD 506,00/MT | USD 126.493,93 |

**OTHER CHARGES (Lumpsum)**

| | | |
|---|---|---|
| | TOTAL | USD 200.488,71 |

PAYMENT TERMS: WITHIN 5 DAYS FROM DATE OF DELIVERY   -   DUE DATE: 03/11/2014

PAYMENT TO BE EFFECTED BY TELEX TRANSFER "PAYMENT IN FULL" AS FOLLOWS:

| | |
|---|---|
| BENEFICIARY | : MACOIL INTERNATIONAL S.A. |
| BANK | : THE ROYAL BANK OF SCOTLAND, SHIPPING BUSINESS CENTRE, 1 PRINCES STREET, LONDON EC2R 8PB - U.K. |
| IBAN NO | : GB32 RBOS 1663 0000 1375 73 |
| SWIFT CODE | : RBOSGB2L |

### CHEQUES UNACCEPTABLE

The sale and delivery of the petroleum products described above is subject to the Terms & Conditions contained on the reverse side of this invoice.
The acceptance of the petroleum products by Vessel named above shall be deemed to constitute acceptance and approval of said Terms & Conditions

**PLEASE RESPOND TO OUR CORRESPONDENCE ADDRESS BELOW :**
BRANCH Office:
MACOIL INTERNATIONAL S.A., 103, Kallirrois Street, 176 71 Athens, Greece
Tel.: +(30) 210 9249175-78, Fax: +(30) 210 9249170, E-mail Address: info@macoil.com.gr
E.&O.E.

**Exhibit A**