# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **ING BANK N.V.,**<br><br>v.<br><br>**M/V CHARANA NAREE, IMO No. 9296303, her engines, tackle, equipment, furniture, appurtenances, etc.,** *in rem* | CIVIL ACTION<br><br>NUMBER: 2:16-cv-01003<br><br>JUDGE JAMES D. CAIN, JR.<br><br>MAGISTRATE JUDGE KAY<br><br>ADMIRALTY |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes movant, Precious Ventures Limited ("PVL"), to list the following material facts as to which movant contends there is no genuine issue to be tried:

1. The bunkers or fuel oil delivered to the vessel in this case were not ordered by the vessel or her owner but were instead ordered by a time charterer of the vessel, Copenship Bulkers A/S ("Copenship"). (Verified Complaint, R.Doc. 1, paragraph 9)

2. The vessel owner has no relationship to Copenship except for the arms-length time charter agreement. Declaration of Vasudevan Neelakantan, Exhibit "G".

3. The bunkers in question were ordered by a non-U.S. charterer, Copenship, from a non-U.S. bunker broker, O.W. Bunker and Trading A/S. (Complaint, paragraph 9)

4. The bunkers were delivered to the vessel in Gibraltar. (Complaint, paragraph 17)

- 1 -
PD.27903268.1

5. The time charter in question has a "no lien clause" precluding the time charterer from validly creating liens against the vessel. Declaration of Vasudevan Neelakantan.

6. The vessel CHARANA NAREE flies the flag of Thailand and is owned and operated by companies organized under the laws of Thailand, with offices in Thailand. (See Equasis.org).

7. The vessel is owned by Precious Ventures Limited ("PVL") (see verified Statement of Right or Interest (R. Doc 16), a company related to Precious Shipping Limited ("PSL")( see www.preciousshipping.com)

8. The Security Agreement under which ING claims to be the assignee of all of O.W. Bunker's rights is subject to English law.

9. O.W. Bunker Group, in order to renew business with PSL and related companies such as PVL, agreed before the bunkers in question were supplied that it would not arrest PSL vessels for bunkers ordered by charterers such as Copenship. Declaration of Vasudevan Neelakantan.

10. O.W. Bunker/ING Bank made no demand for payment for the bunkers in question until after Copenship filed for bankruptcy protection in February 2015, limiting the ability of PVL to obtain security or otherwise secure payment from Copenship. Declaration of Vasudevan Neelakantan.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *s/Kevin J. LaVie*
    Kevin J. LaVie (#14125)

Magdalini Galitou (#38473)  
Canal Place • Suite 2000  
365 Canal Street  
New Orleans, Louisiana 70130-6534  
Telephone: (504) 566-1311  
Telecopier: (504) 568-9130  
kevin.lavie@phelps.com  
magdalini.galitou@phelps.com

ATTORNEYS FOR DEFENDANT,  
PRECIOUS VENTURES LIMITED