**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **ING BANK N.V.** | **:** | **DOCKET NO. 16-cv-1003** |
| **VERSUS** | | **IN ADMIRALTY** |
| | **:** | |
| **M/V CHARANA NAREE, IMO No.** | | **DISTRICT JUDGE JAMES D. CAIN, JR.** |
| **9296303, her engines, tackle, equipment,** | | **MAG. JUDGE KATHLEEN KAY** |
| **furniture, appurtenances, etc.,** *in rem* | **:** | |

**<u>NOTICE OF APPEAL</u>**

    **PLEASE TAKE NOTICE** that Intervenor Macoil International S.A. ("Macoil") notes

appeal to the United States Court of Appeals for the Fifth Circuit from the United States District

Court for the Western District of Louisiana's March 5, 2020 Memorandum Ruling [ECF 100]

denying Macoil's Motion for Summary Judgment and granting the summary judgment motion of

Plaintiff ING Bank N.V. ("ING Bank"), Judgment dismissing with prejudice Macoil's *in rem*

claim against the M/V CHARANA NAREE [ECF 101], and Memorandum Ruling dismissing

with prejudice Macoil's cross-claim against the M/V CHARANA NAREE and granting ING

Bank's Motion for Summary Judgment [ECF 102], each docketed as follows:

| 3/5/2020 | 100 | MEMORANDUM RULING re 71 MOTION for Partial Summary Judgment *to Dismiss In Rem Claims of Macoil International S.A.* filed by I N G Bank N V; 77 MOTION for Summary Judgment filed by Macoil International S A. Signed by Judge James D Cain, Jr on 3/5/2020. (crt,Benoit, T) (Entered: 03/05/2020) |
|---|---|---|
| 3/5/2020 | 101 | JUDGMENT in accordance with the 100 Memorandum Ruling, IT IS ORDERED, ADJUDGED, and DECREED that plaintiff ING Bank N.V.s Motion for Summary Judgment [doc. 71] be GRANTED and that intervenor plaintiff Macoil International, S.A.s Motion for Summary Judgment [doc. 77] be DENIED. Accordingly, Macoils in rem claim against the M/V Charana Naree is hereby DISMISSED WITH PREJUDICE at Macoils cost. Signed by Judge James D Cain, Jr on 3/5/2020. (crt,Benoit, T) (Entered: 03/05/2020) |

| | | |
|---|---|---|
| 3/5/2020 | 102 | MEMORANDUM RULING re 72 MOTION for Partial Summary Judgment to Dismiss Cross-Claim of Macoil International S.A. filed by I N G Bank N V. Signed by Judge James D Cain, Jr on 3/5/2020. (crt,Benoit, T) (Entered: 03/05/2020) |
| 3/5/2020 | 103 | JUDGMENT in accordance with the 102 Memorandum Ruling, IT IS ORDERED, ADJUDGED, and DECREED that plaintiff ING Bank N.V.s Motion for Summary Judgment [doc. 72] be GRANTED. Accordingly, Macoil International, S.A.s cross-claim against ING is hereby DISMISSED WITH PREJUDICE at Macoils cost. Signed by Judge James D Cain, Jr on 3/5/2020. (crt,Benoit, T) (Entered: 03/05/2020) |

Dated:  March 19, 2020.

 /s/  J. Stephen Simms                              /s/ G. Beauregard Gelpi
J. Stephen Simms (admitted *pro hac vice*)    G. Beauregard Gelpi (#18226)
Simms Showers LLP                              Wagner, Bagot & Rayer LLP
201 International Circle, Suite 250            601 Poydras St., Suite 1660
Baltimore, Maryland 21030                      New Orleans, LA 70130-6029
Ph:    410-783-5795                            Ph:    504-525-2141
jssimms@simmsshowers.com                       bgelpi@wb-lalaw.com

Counsel to Macoil International S.A.